STATE of Missouri, Respondent,

v.

Ronnie M. SHOECRAFT, Appellant.

No. WD 64438.

Missouri Court of Appeals,
Western District.

Jan. 17, 2006.

Virgil Dean Rodgers, II, Tipton, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Asst. Atty. Gen., joins on the briefs, Jefferson City, MO, for Respondent.

---

Before ROBERT G. ULRICH, P.J.,
PATRICIA A. BRECKENRIDGE, and
JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Ronnie M. Shoecraft appeals his conviction for driving while intoxicated. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).